### GROSVENNER cont<sup>a</sup> HOLBROOKE

John Grosvenner plaint. cont<sup>a</sup> Elizabeth Holbrooke the Relict & sole Executrix of John Holbrooke dece<sup>d</sup> Defend<sup>t</sup> for not delivering the value of two thirds of a parcel of hides, being about 52 in number to the value of £.43:2:6. or thereabouts, which were deliu<sup>rd</sup> to s<sup>d</sup> Holbrooke or his order by s<sup>d</sup> Grosvennor or his order on condition the s<sup>d</sup> Grosvenner should have two thirds of those hides so delivered with the profits ariseing made in sufficient good Leather, whereby the plaint. is greatly damnified. . . . The Jury . . . found for the Defend<sup>t</sup> costs of Court allow<sup>d</sup> Seventeen Shillings.

### GROSS cont<sup>a</sup> COLLACOTT

Clement Gross or his Attourny plaint. cont<sup>a</sup> Richard Collacot and Francis Johnson or either of them Defend<sup>t</sup> for witholding or not paying the Summe of one hundred & twenty pounds due by bond under their hands & Seales dated. 6th January. 1670. with damages. [ 571 ] . . . The Jury . . . found for the plaint. one hundred and twenty pounds money damage forfiture of the bond and costs of Court: At Request of the Defend<sup>t</sup> and consideration of the payments already made The Court chancered this Forfiture to thirteen pounds eight Shillings & four pence money & costs of Court.